Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
TRISTA PARKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTA PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No. 5:22-cv-00028-HDV-SHK<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)** |

1

**REQUEST FOR ENTRY OF JUDGMENT**

1  TO THE HONORABLE COURT AND ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:

3

4  **PLEASE TAKE NOTICE** Plaintiff TRISTA PARKER accepted
5  Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 in
6  the amount of $70,152.00 on September 22, 2023, which is attached hereto as
7  **Exhibit 1**. Plaintiff hereby applies for the Entry of Judgment in the amount of
8  $70,152.00 pursuant to the terms of the Rule 68 attached herein.

9

10  Dated: October 9, 2023            STRATEGIC LEGAL PRACTICES, APC

11

12                                     */s/ Tionna Dolin*
                                      _____
13                                     TIONNA DOLIN
                                       Attorney for Plaintiff
14                                     TRISTA PARKER

# EXHIBIT 1

| | |
|---|---|
| 1 | SPENCER P. HUGRET (SBN: 240424) |
| | shugret@grsm.com |
| 2 | JAMES P. MAYO (SBN: 169897) |
| | jmayo@grsm.com |
| 3 | RESHMA BAJAJ (SBN: 227106) |
| | rbajaj@grsm.com |
| 4 | Gordon Rees Scully Mansukhani, LLP |
| | 275 Battery Street, Suite 2000 |
| 5 | San Francisco, CA 94111 |
| | Telephone: (415) 875-3193 |
| 6 | Facsimile: (415) 986-8054 |
| 7 | Attorneys for Defendant |
| | FCA US LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TRISTA PARKER, | ) | CASE NO.: 5:22-cv-00028-HDV-SHK |
| | ) | |
| Plaintiff | ) | **DEFENDANT FCA US LLC'S STATUTORY OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |
| vs. | ) | |
| FCA US LLC; and DOES 1 through 10, inclusive | ) | |
| | ) | |
| Defendants. | ) | Complaint Filed: January 13, 2022 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, Defendant FCA US LLC ("FCA" or "Defendant") offers:

1. Without admitting liability, FCA will pay Plaintiff TRISTA PARKER ("Plaintiff"), in exchange for a dismissal with prejudice as to the entire action against all defendants, **$70,152.00,** inclusive of any and all loan payoff amounts, civil penalties and any incidental/consequential damages, and any and all liability claimed in this action subject to proof. Such dismissal shall be filed within 5 days upon satisfaction of funding.

2. FCA will satisfy such funding obligations within 90 days after FCA's counsel receives all documents necessary to process the settlement, unless circumstances caused by Plaintiff result in delay.

3. In addition, if the parties are unable to resolve attorney's fees and costs, FCA offers to pay reasonable costs, expenses and attorneys' fees pursuant to a properly noticed motion pursuant to Fed. R. Civ. P. Rule 54. FCA agrees that Plaintiff is the prevailing party for the purposes of any fee motion, as defined by Civil Code section 1032. If a motion is needed, this shall not be construed as a waiver of FCA's rights to assert arguments in opposition thereto based on the reasonableness of the fees, costs or expenses sought.

4. FCA will waive all claims it may have for costs and fees in this action.

5. Pursuant to Federal Rule of Civil Procedure Rule 68, Plaintiff may become obligated to pay Defendant's post-offer costs if Plaintiff does not accept this offer and fail to obtain a more favorable recovery. Further, Plaintiff shall not recover post-offer costs, including attorneys' fees from the date of this Statutory Offer. The Court, in its discretion, may require Plaintiff to pay a reasonable sum to cover Defendant's post-offer costs of the services of Defendant's expert witnesses, who are not regular employees of any party, actually incurred and reasonably necessary in either, or both, the preparation or trial of this case by Defendants.

6. Pursuant to Federal Rule of Civil Procedure Rule 68, this Statutory Offer can be accepted by signing a statement that the offer is accepted. A statement indicating acceptance of this Statutory Offer, which may be signed by counsel for Plaintiff, is set forth below. If this Statutory Offer to compromise is not accepted and notice given by Plaintiff within the time provided by Rule 68 of the Federal Rules of Civil Procedure, then it shall be deemed withdrawn.

///

| | | |
|---|---|---|
| 1 | Dated: September 1, 2023 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | | |
| 3 | | By: /s/ James P. Mayo<br>Spencer P. Hugret |
| 4 | | James P. Mayo<br>Reshma Bajaj |
| 5 | | Attorneys for Defendant<br>FCA US LLC |

On behalf of Plaintiff, I hereby accept the above Rule 68 Offer of Judgment made by Defendant.

Dated: September 22, 2023        STRATEGIC LEGAL PRACTICES, APC

By: _____

Tionna Dolin
Attorney for Plaintiff
TRISTA PARKER

**PROOF OF SERVICE**
*Trista Parker v. FCA US LLC, et al.*
USDC Central District of California Court Case No. 5:22-cv-00028-HDV-SHK

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**DEFENDANT FCA US LLC'S STATUTORY OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by transmitting VIA ELECTRONIC MAIL from pcastro@grsm.com the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties.*)

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Tionna Dolin
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel.: (310) 929-4900
Fax: (310) 943-3838
Email: emailservices@slpattorney.com
Email: tdolin@slpattorney.com
Email: mrajpal@slpattorney.com
*Attorney for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 1, 2023 at San Francisco, California.

*priscilla Castro*
Priscilla Castro