# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| TRISTA PARKER, | Case No.: 5:22-cv-00028-HDV-SHK |
| Plaintiff, | District Judge: Hon. Hernan D. Vera |
| vs. | [~~PROPOSED~~] JUDGMENT |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff TRISTA PARKER ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 22, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $70,152.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: 10/16/23

Hon. Hernan D. Vera
District Court Judge