Tionna Carvalho (SBN 292010)
tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC.**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiffs,
TRISTA PARKER AND STEPHEN PARKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTA PARKER AND STEPHEN PARKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 5:22-cv-00028-HDV-SHK<br><br>Hon. Hernan D. Vera<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL** |

## PLAINTIFFS' REQUEST FOR DISMISSAL

1. Plaintiffs TRISTA PARKER AND STEPHEN PARKER ("Plaintiffs") hereby move for the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2).

2. Damages in this matter have been resolved by way of Plaintiffs' acceptance of Defendant, FCA US, LLC. ("Defendant"), Rule 68 Offer.

3. Defendant agreed to settle Plaintiffs' attorneys' fees, costs, and expenses in the amount of $17,000.00 on November 10, 2023.

4. Funding for Plaintiffs' damages and attorneys' fees, costs, and expenses has been satisfied, thus, Plaintiffs request the Court to dismiss this case with prejudice.

5. A proposed order for dismissal is attached hereto.

Dated: August 27, 2024    STRATEGIC LEGAL PRACTICES, APC

_____
TIONNA CARVALHO
Attorney for Plaintiffs
TRISTA PARKER AND STEPHEN PARKER