# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTA PARKER AND STEPHEN PARKER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No.: 5:22-cv-00028-HDV-SHK<br><br>Hon. Hernan D. Vera<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL** |

## ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL

　　Upon the Request of the Plaintiffs to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

　　It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: __02/20/25__　　　　　　　_____

　　　　　　　　　　　　　　　Hon. Hernan D. Vera

　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE